Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:10-cv-05133-CW |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| PAK SHING YEUNG, et al. | |
| Defendants. | |

TO THE HONORABLE CLAUDIA WILKEN, THE DEFENDANT/S AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for April 19, 2011 at 2:00 PM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Pak Shing Yeung, individually and d/b/a Hard Hats Bistro.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1  Plaintiff recently identified an alternative address that it believes will be successful to serve
2  its initiating suit papers, upon the Defendant.

3  **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case
4  Management Conference, presently scheduled for April 19, 2011 at 2:00 PM and permit an additional
5  Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and
6  Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a
7  Notice of Voluntary Dismissal as to Defendant.

Respectfully submitted,

Dated: April 12, 2011                    /s/ Thomas P. Riley
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                         By: Thomas P. Riley
                                         Attorneys for Plaintiff
                                         J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 4:10-cv-05133-CW

**ORDER**

It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05133-CW styled *J & J Sports Productions, Inc. v. Pak Shing Yeung, et al.*, is hereby continued from 2:00 PM, April 19, 2011 to **May 31, 2011**.

Plaintiff is granted an additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Pak Shing Yeung individually and d/b/a Hard Hats Bistro, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


Dated:_____**4/15/2011**_____

**THE HONORABLE CLAUDIA WILKEN**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 4:10-cv-05133-CW

1

2          I declare that:

3

4          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

5   and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

6   California.  I am readily familiar with this law firm's practice for collection and processing of

7   correspondence/documents for mail in the ordinary course of business.

8

9          On April 12, 2011, I served:

10         **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE**

11         **MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE**
           **SERVICE; AND ORDER (Proposed)**

12

13         On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

14   prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

15

16         Pak Shing Yeung (Defendant)

17         11 San Pedro Rd.
           Coma, CA 94014

18

19         I declare under the penalty of perjury pursuant to the laws of the United States that the

20   foregoing is true and correct, and that this declaration was executed on April 12, 2011, at South

21   Pasadena, California.

22

23   Dated:  April 12, 2011                        */s/ Maria Baird*_____

24                                                  **MARIA BAIRD**

25

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER (~~Proposed~~)**
**CASE NO. 4:10-cv-05133-CW**