**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 4:10-cv-05133-CW** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **PAK SHING YEUNG, et al.** | |
| **Defendant.** | |

**TO THE HONORABLE CLAUDIA WILKEN, THE DEFENDANTS, AND HIS ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Tuesday, May 31, 2011 at 2:00 P.M. This request will be, and is, necessitated by the fact that defendant Pak Shing Yeung, individually and d/b/a Hard Hats Bistro is in default and Plaintiff's Application for Default Judgment will soon be filed before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2   Management Conference presently scheduled for Tuesday, May 31, 2011 at 2:00 P.M. in order that

3   Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4   disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                                       Respectfully submitted,

8

9

10
     Dated: May 25, 2011                                _/s/ Thomas P. Riley_
11                                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
12                                                      By: Thomas P. Riley
                                                        Attorneys for Plaintiff
13                                                      J & J Sports Productions, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**ORDER**

It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-05133-CW styled *J & J Sports Productions, Inc. v. Pak Shing Yeung, et al.*, is continued to Tuesday, August 30, 2011 at 2:00 p.m.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____          Dated: _____5/25/2011_____
**THE HONORABLE CLAUDIA WILKEN**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 4:10-cv-05133-SI
PAGE 3

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 25, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Pak Shing Yueng (Defendant)
11 San Pedro Road
Colma, CA 94014

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 25, 2011, at South Pasadena, California.

Dated:  May 25, 2011                          */s/ Maria Baird*
                                              **MARIA BAIRD**