IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC, | No. C 10-05133 CW |
|     Plaintiff, | ORDER RE DEFAULT |
|   v. | |
| PAK SHING YEUNG, | |
|     Defendant. | |

    Default having been entered by the Clerk on May 26, 2011,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for August 30, 2011 is maintained.

Dated: 5/27/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue