Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Pak Shing Yeung, et al., <br><br> Defendant. | CASE NO. CV 10-5133 CW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAK SHING YEUNG, individually and d/b/a HARD HATS BISTRO |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant PAK SHING YEUNG, individually and d/b/a HARD HATS BISTRO, that the above-entitled action is hereby dismissed **without prejudice** against PAK SHING YEUNG, individually and d/b/a HARD HATS BISTRO.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by November 10, 2012, the dismissal shall be deemed to be **with prejudice.**

///

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 1, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

PAK SHING YEUNG
individually and d/b/a HARD HATS BISTRO

IT IS SO ORDERED:

The Honorable Claudia Wilken
United States District Court
Northern District of California

Dated: 7/21/2011

STIPULATION OF DISMISSAL
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 1, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAK SHING YEUNG, individually and d/b/a HARD HATS BISTRO**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Pak Shing Yeung (Defendant)
11 San Pedro Road
Colma, CA 94014

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2011 at South Pasadena, California.

Dated: June 1, 2011

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
PAGE 3